Lawrence J. Warfield
P.O. Box 14647
Scottsdale, AZ 85267

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | § | Case No. 2:12-BK-14274-RJH |
| | § | |
| GARY L. BROWN | § | |
| | § | |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/26/2012. The undersigned trustee was appointed on 06/26/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $2,000.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $0.00 |
    | Bank service fees | $61.96 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $1,938.04 |

    The remaining funds are available for distribution.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 11/28/2012 and the deadline for filing government claims was 11/28/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $500.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $500.00, for a total compensation of $500.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $27.11, for total expenses of $27.11.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/04/2013        By:  /s/ Lawrence J. Warfield
                             Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

| Case No.: | 12-14274-PHX RJH | Trustee Name: | Lawrence J. Warfield |
|---|---|---|---|
| Case Name: | BROWN, GARY L. | Date Filed (f) or Converted (c): | 06/26/2012 (f) |
| For the Period Ending: | 11/4/2013 | §341(a) Meeting Date: | 08/20/2012 |
| | | Claims Bar Date: | 11/28/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | House at 45 County Rd 6006 in Saint Johns, AZ 85936 | $50,000.00 | $0.00 | | $0.00 | FA |
| 2 | Credit Union West | $150.00 | $0.00 | | $0.00 | FA |
| 3 | 1 bed, table with chairs, recliner, coffee table, tv, washer, dryer, stove, refrigerator | $500.00 | $0.00 | | $0.00 | FA |
| 4 | clothing | $400.00 | $0.00 | | $0.00 | FA |
| 5 | Stoger .40 handgun | $300.00 | $0.00 | | $0.00 | FA |
| 6 | teamsters pension | $2,000.00 | $0.00 | | $0.00 | FA |
| 7 | 2000 Terry 24ft RV Trailer | $1,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Actually a 2001 | | | | | |
| 8 | 83 Honda Magnum (not running) | $200.00 | $0.00 | | $0.00 | FA |
| 9 | 2010 Silverado 4x4 | $30,000.00 | $0.00 | | $0.00 | FA |
| 10 | Horse, chickens | $300.00 | $0.00 | | $0.00 | FA |
| 11 | 07 Arctic Cat Quad | $1,800.00 | $0.00 | | $0.00 | FA |
| 12 | 2002 HANDY FLATBED TRAILER (u) | $0.00 | $0.00 | | $0.00 | FA |
| 13 | 2002 GRAVE FLATBED TRAILER (u) | $0.00 | $0.00 | | $0.00 | FA |
| 14 | COMPROMISE SETTLEMENT (u) | $0.00 | $2,000.00 | | $2,000.00 | FA |

**Asset Notes:** INCLUDES ASSET #7, 8, 11, 12 & 13
Motion - dkt #24
Order - dkt #
Report - dkt #40

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|
| | $86,650.00 | $2,000.00 | $2,000.00 | $0.00 |

**Major Activities affecting case closing:**
09/30/2013  Trustee Actively administering case

| **Case No.:** | 12-14274-PHX RJH | **Trustee Name:** | Lawrence J. Warfield |
|---|---|---|---|
| **Case Name:** | BROWN, GARY L. | **Date Filed (f) or Converted (c):** | 06/26/2012 (f) |
| **For the Period Ending:** | 11/4/2013 | **§341(a) Meeting Date:** | 08/20/2012 |
| | | **Claims Bar Date:** | 11/28/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled and**<br>**Unscheduled (u) Property)** | **Petition/**<br>**Unscheduled**<br>**Value** | **Estimated Net Value**<br>**(Value Determined by**<br>**Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA =§ 554(a) abandon.** | **Sales/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully Administered (FA)/**<br>**Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**   12/30/2013      **Current Projected Date Of Final Report (TFR):**   12/30/2013      /s/ LAWRENCE J. WARFIELD
                                                                                                                                         LAWRENCE J. WARFIELD

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |  | |
|---|---|---|---|---|
| **Case No.** | 12-14274-PHX RJH | | **Trustee Name:** | Lawrence J. Warfield |
| **Case Name:** | BROWN, GARY L. | | **Bank Name:** | Bank of Texas |
| **Primary Taxpayer ID #:** | **-***1563 | | **Checking Acct #:** | ******0166 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 6/26/2012 | | **Blanket bond (per case limit):** | $82,080,307.00 |
| **For Period Ending:** | 11/4/2013 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/28/2012 | (14) | Gary L Brown | COMPROMISE SETTLEMENT PMT IN FULL | 1129-000 | $2,000.00 | | $2,000.00 |
| 01/16/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $3.22 | $1,996.78 |
| 02/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $3.23 | $1,993.55 |
| 03/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $2.91 | $1,990.64 |
| 04/12/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $3.21 | $1,987.43 |
| 04/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $3.10 | $1,984.33 |
| 05/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $3.20 | $1,981.13 |
| 06/28/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $3.09 | $1,978.04 |
| 07/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $1,968.04 |
| 08/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $1,958.04 |
| 09/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $1,948.04 |
| 10/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $1,938.04 |
| | | | **TOTALS:** | | $2,000.00 | $61.96 | $1,938.04 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $2,000.00 | $61.96 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $2,000.00 | $61.96 | |

| For the period of 6/26/2012 to 11/4/2013 | | For the entire history of the account between 11/28/2012 to 11/4/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $2,000.00 | Total Compensable Receipts: | $2,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,000.00 | Total Comp/Non Comp Receipts: | $2,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $61.96 | Total Compensable Disbursements: | $61.96 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $61.96 | Total Comp/Non Comp Disbursements: | $61.96 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 12-14274-PHX RJH | **Trustee Name:**    Lawrence J. Warfield |
| **Case Name:** | BROWN, GARY L. | **Bank Name:**    Bank of Texas |
| **Primary Taxpayer ID #:** | **-***1563 | **Checking Acct #:**    ******0166 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 6/26/2012 | **Blanket bond (per case limit):**    $82,080,307.00 |
| **For Period Ending:** | 11/4/2013 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $2,000.00 | $61.96 | $1,938.04 |

**For the period of 6/26/2012 to 11/4/2013**

| | |
|---|---|
| Total Compensable Receipts: | $2,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $61.96 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $61.96 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 06/26/2012 to 11/4/2013**

| | |
|---|---|
| Total Compensable Receipts: | $2,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $61.96 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $61.96 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ LAWRENCE J. WARFIELD

LAWRENCE J. WARFIELD

| Case No. | 12-14274-PHX RJH | | Trustee Name: | Lawrence J. Warfield |
| Case Name: | BROWN, GARY L. | | Date: | 11/4/2013 |
| Claims Bar Date: | 11/28/2012 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | LAWRENCE J. WARFIELD  P.O. Box 14647  Scottsdale AZ 85267 | 03/26/2013 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $27.11 | $27.11 | $0.00 | $0.00 | $0.00 | $27.11 |
| | LAWRENCE J. WARFIELD  P.O. Box 14647  Scottsdale AZ 85267 | 11/04/2013 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $500.00 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 |
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR TD BANK, USA  PO Box 248866  Oklahoma City OK 73124-8866 | 11/30/2012 | Tardy General Unsecured 726(a)(3) | Allowed | 7100-000 | $0.00 | $1,123.34 | $1,123.34 | $0.00 | $0.00 | $0.00 | $1,123.34 |
| 2 | CAPITAL ONE, N.A.  PO Box 71083  Charlotte NC 28272-1083 | 12/24/2012 | Tardy General Unsecured 726(a)(3) | Allowed | 7100-000 | $0.00 | $3,500.40 | $3,500.40 | $0.00 | $0.00 | $0.00 | $3,500.40 |
| 3 | CAPITAL ONE BANK (USA), N.A.  PO Box 71083  Charlotte NC 28272-1083 | 12/24/2012 | Tardy General Unsecured 726(a)(3) | Allowed | 7100-000 | $0.00 | $3,410.87 | $3,410.87 | $0.00 | $0.00 | $0.00 | $3,410.87 |
| 4 | FIA CARD SERVICES, N.A.  4161 Piedmont Parkway  NC4 105 03 14  Greensboro NC 27410 | 01/14/2013 | Tardy General Unsecured 726(a)(3) | Allowed | 7100-000 | $0.00 | $3,528.98 | $3,528.98 | $0.00 | $0.00 | $0.00 | $3,528.98 |
| 5 | AMERICAN EXPRESS BANK, FSB  c o Becket and Lee LLP  POB 3001  Malvern PA 19355-0701 | 01/31/2013 | Tardy General Unsecured 726(a)(3) | Allowed | 7100-000 | $0.00 | $3,557.60 | $3,557.60 | $0.00 | $0.00 | $0.00 | $3,557.60 |

**Claim Notes:** (5-1) CREDIT CARD DEBT

| Case No. | 12-14274-PHX RJH | Trustee Name: | Lawrence J. Warfield |
| Case Name: | BROWN, GARY L. | Date: | 11/4/2013 |
| Claims Bar Date: | 11/28/2012 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | ECAST SETTLEMENT CORPORATION<br>c/o Bass & Associates, P.C.<br>3936 E Ft. Lowell, Suite 200<br>Tucson AZ 85712 | 02/06/2013 | Tardy General Unsecured 726(a)(3) | Allowed | 7100-000 | $0.00 | $1,058.06 | $1,058.06 | $0.00 | $0.00 | $0.00 | $1,058.06 |
| 7 | CAPITAL RECOVERY V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | 02/10/2013 | Tardy General Unsecured 726(a)(3) | Allowed | 7100-000 | $0.00 | $1,425.18 | $1,425.18 | $0.00 | $0.00 | $0.00 | $1,425.18 |
| 8 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | 02/13/2013 | Tardy General Unsecured 726(a)(3) | Allowed | 7100-000 | $0.00 | $2,957.11 | $2,957.11 | $0.00 | $0.00 | $0.00 | $2,957.11 |
| 9 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | 02/13/2013 | Tardy General Unsecured 726(a)(3) | Allowed | 7100-000 | $0.00 | $296.81 | $296.81 | $0.00 | $0.00 | $0.00 | $296.81 |
| 10 | PORTFOLIO INVESTMENTS II LLC<br>c/o Recovery Management Systems Corp<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami FL 33131-1605 | 02/28/2013 | Tardy General Unsecured 726(a)(3) | Allowed | 7100-000 | $0.00 | $2,774.64 | $2,774.64 | $0.00 | $0.00 | $0.00 | $2,774.64 |
| | | | | | | $24,160.10 | $24,160.10 | $0.00 | $0.00 | $0.00 | | $24,160.10 |

| Case No. | 12-14274-PHX RJH | Trustee Name: | Lawrence J. Warfield |
| Case Name: | BROWN, GARY L. | Date: | 11/4/2013 |
| Claims Bar Date: | 11/28/2012 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Tardy General Unsecured 726(a)(3) | $23,632.99 | $23,632.99 | $0.00 | $0.00 | $0.00 | $23,632.99 |
| Trustee Compensation | $500.00 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 |
| Trustee Expenses | $27.11 | $27.11 | $0.00 | $0.00 | $0.00 | $27.11 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 2:12-BK-14274-RJH
Case Name: GARY L. BROWN
Trustee Name: Lawrence J. Warfield

Balance on hand: $1,938.04

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $1,938.04

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Lawrence J. Warfield, Trustee Fees | $500.00 | $0.00 | $500.00 |
| Lawrence J. Warfield, Trustee Expenses | $27.11 | $0.00 | $27.11 |

Total to be paid for chapter 7 administrative expenses: $527.11
Remaining balance: $1,410.93

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $1,410.93

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $1,410.93

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (5/1/2011)**

Timely claims of general (unsecured) creditors totaling $23,632.99 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for TD Bank, USA | $1,123.34 | $0.00 | $67.07 |
| 2 | Capital One, N.A. | $3,500.40 | $0.00 | $208.98 |
| 3 | Capital One Bank (USA), N.A. | $3,410.87 | $0.00 | $203.63 |
| 4 | FIA CARD SERVICES, N.A. | $3,528.98 | $0.00 | $210.69 |
| 5 | American Express Bank, FSB | $3,557.60 | $0.00 | $212.39 |
| 6 | eCAST Settlement Corporation | $1,058.06 | $0.00 | $63.17 |
| 7 | Capital Recovery V, LLC | $1,425.18 | $0.00 | $85.09 |
| 8 | PYOD, LLC its successors and assigns as assignee | $2,957.11 | $0.00 | $176.54 |
| 9 | PYOD, LLC its successors and assigns as assignee | $296.81 | $0.00 | $17.72 |
| 10 | Portfolio Investments II LLC | $2,774.64 | $0.00 | $165.65 |

Total to be paid to timely general unsecured claims: $1,410.93
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |